**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MIGUEL NORIEGA-RAMIREZ,
Petitioner,
v.

MARKWAYNE MULLIN, *et al.*,
Respondents.

Case No. 5:26-cv-04801-DMK

**JUDGMENT**

**IT IS HEREBY ADJUDGED** that the petition under 28 U.S.C. § 2241 filed by Petitioner Miguel Noriega-Ramirez (A# 200-144-504) is granted. Petitioner is to be released immediately from the custody of Immigration and Customs Enforcement on conditions no more restrictive than those in effect when he was most recently detained. In addition, Respondents shall return to Petitioner at the time of his release any property or paperwork seized from Petitioner in the course of his arrest and detention.

DATED: October 23, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE